# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON MOORE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER SHEKLANIAN, et al.,<br><br>Defendants. | 1:07cv1493 OWW DLB<br><br>ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS |

Plaintiff appearing pro se and proceeding in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983, on October 12, 2007. On November 21, 2007, plaintiff filed an amended complaint naming Madera Police Officer Sheklanian as the only defendant. The amended complaint appears to state a cognizable claim for Section 1983 relief.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant Sheklanian:

2. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed on November 21, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a. Completed summons;

b. One completed USM-285 form for each Defendant listed above; and

c. Two copies of the endorsed amended complaint filed on November 21, 2007.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this Order will result in a Recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** **November 27, 2007**

/s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE