Preston Moore
200 N. "K Street, Apt. 9
Madera, Ca 93637

In Pro Per

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRESTON MOORE, | ) |
| | ) NO: 1:07-CV-01493 OWW/DLB |
| Plaintiff, | ) **SUBSTITUTION OF ATTORNEY** |
| | ) **WITH PROPOSED ORDER** |
| vs. | ) |
| MADERA POLICE DEPARTMENT, and OFFICER SHEKLANIAN, | ) |
| Defendants. | ) |

Plaintiff PRESTON MOORE hereby substitutes BRUCE W. NICKERSON as his attorney of record in the above captioned case.

Dated: May 2, 2008                                 ss <u>PRESTON MOORE</u>

I accept the above substitution.

Dated: May 2, 2008                                 ss <u>Bruce W. Nickerson</u>

**PROPOSED ORDER**

GOOD CAUSE THERE APPEARING, IT IS HEREBY ORDERED that BRUCE W. NICKERSON be substituted as attorney of record in place of PRESTON MOORE, In Pro Per.

Dated: May 6, 2008                                 /s/ OLIVER W. WANGER

                                                                          U.S. District Judge

-1-