LORI R. MAYFIELD, #172074
MICHELLE E. SASSANO, #232368
MAYFIELD & LEATH
A PROFESSIONAL CORPORATION
Attorneys at Law
1500 W. SHAW AVE., SUITE 204
FRESNO, CALIFORNIA 93711
TELEPHONE (559) 222-1005
FACSIMILE (559) 222-0702

Attorneys for Defendants. MADERA POLICE DEPARTMENT, OFFICER SHANT SHEKLANIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PRESTON MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>MADERA POLICE DEPARTMENT<br><br>    Defendants. | CASE NO.: 1:07-CV-01493 OWW DLB<br><br>**ORDER TO STIPULATION FOR NON EXPERT DISCOVERY CUT OFF BE EXTENDED**<br>**TO AUGUST 31, 2009** |

    IT IS HEREBY ORDERED that the non expert discovery cut-off deadline shall be extended up to and including August 31, 2009.

    IT IS SO ORDERED.

    Dated: **July 31, 2009**          **/s/ Dennis L. Beck**
                                                                                UNITED STATES MAGISTRATE JUDGE