LORI R. MAYFIELD, #172074
MICHELLE E. SASSANO, #232368
MAYFIELD & LEATH
A PROFESSIONAL CORPORATION
Attorneys at Law
1500 W. SHAW AVE., SUITE 204
FRESNO, CALIFORNIA 93711
TELEPHONE (559) 222-1005
FACSIMILE (559) 222-0702

Attorneys for Defendants, CITY OF MADERA
MADERA POLICE DEPARTMENT, OFFICER SHANT SHEKLANIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PRESTON MOORE, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF MADERA, MADERA POLICE DEPARTMENT, OFFICER SHANT SHEKLANIAN <br><br> Defendants. | CASE NO.: 1:07-CV-01493 OWW DLB <br><br> **ORDER DISMISSING CLAIMS PURSUANT TO PARTIES STIPULATION AND SETTLEMENT** |

Pursuant to a settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against defendants City of Madera, Madera Police Department and Officer Shant Sheklanian be and hereby are dismissed with prejudice. Each side shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   December 3, 2009**          **/s/ Oluver W. Wanger**

1                                     UNITED STATES DISTRICT JUDGE